NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1272

ROLEX WATCH U.S.A., INC.,

Plaintiff-Appellee,

v.

JAIME E. VIRTUCIO (doing business as www.radicalreplicas.com),

Defendant-Appellant.

Appeal from the United States District Court for the District of New Jersey in case no. 08-CV-04024, Judge William J. Martini.

ON MOTION

ORDER

The court treats the notice of withdrawal, filed by Jaime E. Virtucio and transmitted to this court by the United States District Court for the District of Columbia, as a motion to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     This appeal is dismissed.

(2)     Each side shall bear its own costs.

FOR THE COURT

JUN - 5 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 05 2009

JAN HORBALY
CLERK

cc:     Russell S. Burnside, Esq.
        Jaime E. Virtucio
s8

JUN - 5 2009

ISSUED AS A MANDATE: _____